

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-93,569-01

### EX PARTE RIGOBERTO SOLIZ-REYES AKA EUGENIO SANDOVAL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR06003548-F(1) IN THE 214TH DISTRICT COURT FROM NUECES COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to attempted burglary of a habitation and was sentenced to ten years' imprisonment. He did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

This Court dismissed the WR-93,569-01 application without written order on March 16, 2022. After reconsideration on our own motion, the Court withdraws the previous dismissal entered in this application and substitutes this order. TEX. R. APP. P. 79.2(d).

The trial court has entered findings of fact and conclusions of law recommending that relief

should be denied because the Doctrine of Laches bars consideration of Applicant's allegations. We agree. Based on the trial court's findings of fact and conclusions of law, as well as our own independent review of the record, we deny relief.

Filed: April 20, 2022

Do not publish